**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Burch,<br><br>        Plaintiff,<br><br>vs.<br><br>National Credit Union Administration in its capacity as conservator for AEA Federal Credit Union,<br><br>        Defendant.<br><br>National Credit Union Administration in its capacity as conservator for AEA Federal Credit Union,<br><br>        Counterclaimant,<br><br>vs.<br><br>Todd Burch, individually and as a marital community with Jennifer Burch,<br><br>        Counterdefendants. | CV 11-02309-PHX-FJM<br><br>**ORDER** |

      We have before us the the National Credit Union Administration's ("NCUA") motion for summary judgment on count two of counterclaim (doc. 38) and separate statement of facts (doc. 39).  Plaintiff/counterdefendant Todd Burch did not respond, and the time for responding has expired.

      This action arises from loans made to Burch by AEA Federal Credit Union ("AEA"),

1  which was placed into a conservatorship by the NCUA in 2010. The loans were made in
2  connection with a number of properties Burch was developing. On February 1, 2012, Burch
3  recorded three notices of lis pendens relating to several of these properties. AEA purchased
4  the properties described in the three lis pendens at trustee's sales on February 2, 2012.

5  Burch's complaint, filed in September 2011, asserted claims for fraudulent
6  misrepresentation, breach of the implied covenant of good faith and fair dealing, and
7  defamation. DSOF, ex. A. The NCUA filed a counterclaim on March 1, 2012, seeking (1)
8  an injunction requiring plaintiff to release each lis pendens, and (2) damages under A.R.S.
9  § 33-420(A) (doc. 15).[1]

10  The NCUA now moves for summary judgment on its counterclaim for damages,
11  requesting statutory damages of $15,000. Because no response was filed, we construe the
12  lack of a response as a concession and grant the motion summarily. See LRCiv 7.2(i) ("if.
13  . . counsel does not serve and file the required answering memoranda. . . such non-
14  compliance may be deemed a consent to the denial or granting of the motion and the Court
15  may dispose of the motion summarily").

16  **IT IS ORDERED GRANTING** the NCUA's motion for summary judgment on count
17  two of counterclaim (doc. 38). The Clerk shall enter judgment for the NCUA on its
18  counterclaim for damages under A.R.S. § 33-420(A) in the amount of $15,000.

19  All the claims of all the parties having been resolved, this action is terminated.

20  DATED this 3rd day of July, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge

---

[1] Burch recorded releases for all three lis pendens on February 27, 2012. Accordingly, we dismissed the NCUA's request for injunctive relief as moot (doc. 21).

- 2 -